Charlene Richardson, Petitioner-Tenant-Appellant,
against
New York City Housing Authority - Gompers Houses, Respondent-Landlord-Respondent.



Tenant appeals from (1) an order of the Civil Court of the City of New York, New York County (Maria Milin, J.), dated July 26, 2016, which directed landlord to make certain repairs in a Housing Part enforcement proceeding, and (2) an order (same court and Judge), dated September 22, 2016, which barred tenant from videotaping landlord's employees while they completed the repairs.




Per Curiam. 
Order (Maria Milin, J.), dated July 26, 2016, affirmed, without costs. Order (Maria Milin, J.), dated September 22, 2016, modified, by striking the condition barring tenant from filming or videotaping the required repairs to be performed by landlord; as modified, order affirmed without costs.
In the absence of any evidence that tenant's intra-apartment video surveillance system interfered with landlord's attempts to make required repairs, tenant should not have been barred from filming the repair work conducted within her apartment. There being no cause to further delay the abatement of the long-standing mold condition in tenant's bathroom and to complete other previously ordered repairs, landlord is directed to undertake this work forthwith.
We have examined tenant's remaining contentions and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 28, 2016